UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JAMES LOUIS & BETTY LOU HARRIS, | ) | Case No. 04-13886-JHS |
| | ) | |
| Debtors. | ) | Hon. JOHN H. SQUIRES |

**Trustee's Final Report**

To:   The Honorable JOHN H. SQUIRES
      United States Bankruptcy Judge

NOW COMES JAY A. STEINBERG, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on April 8, 2004. JAY A. STEINBERG was appointed Trustee on the April 12, 2004. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtors' discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of March 18, 2009 is as follows:

    a.  RECEIPTS (See Exhibit C)     $26,750.35
    b.  DISBURSEMENTS (See Exhibit C)     $12,777.43
    c.  NET CASH available for distribution     $13,972.92
    d.  TRUSTEE/PROFESSIONAL COSTS:
        1.  Trustee compensation requested     $3,000.00
        2.  Trustee Expenses     $0.00
        3.  Compensation requested by
            attorney or other professionals
            for trustee

|  |  |  |
|---|---|---|
| (a.) | Scott & Kraus, LLC<br>*Attorney for Trustee Fees (Other Firm)* | $9,022.20 |
| (b.) | Scott & Kraus, LLC<br>*Attorney for Trustee Expenses (Other Firm)* | $1,200.72 |
| (c.) | Joseph A. Baldi & Associates, Inc.<br>*Attorney for Trustee Fees (Other Firm)* | $750.00 |

5. The Bar Date for filing unsecured claims expired on February 6, 2008.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $13,972.92[1] |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $1,849,881.00 |

7. Trustee proposes that unsecured creditors receive a distribution of .6892% of allowed claims, per this Court's order August 18, 2008.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested, *based upon voluntary reductions by the parties*, but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JAY STEINBERG, TRUSTEE<br>*Trustee Compensation* | $0.00 | $3,000.00 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, INC.<br>*Attorney for Trustee* | $0.00 | $750.00 | $0.00 |
| SCOTT & KRAUS, LLC<br>*Attorney for Trustee* | $0.00 | $9,022.20 | $1,200.72 |

---

[1] This amount represents the administrative claims voluntary reduced by Trustee, Trustee's Attorneys and Trustee's Special Counsel.

9.  A fee of $3,209.00 was paid to Debtors' Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE:   March 26, 2009

/s/
JAY A. STEINBERG, Trustee
35 EAST WACKER
SUITE 1550
CHICAGO, IL 60601-0000

Tasks Completed by Trustee

Exhibit A

Case 04-13886  Doc 91  Filed 04/07/09  Entered 04/07/09 11:13:49  Desc Main
Document  Page 4 of 18

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtors at the Section 341 meeting of creditors.

A. Trustee negotiated the sale of the Estate's interest in certain fraudulent conveyance cause of actions to one of the Estate's creditors; Trustee, through his attorneys, negotiated a further settlement relative to the payment of the settlement proceeds to the Estate;

B. Trustee reviewed and analyzed the chapter 7 claims filed against the Estate;

C  Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E. Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

F. Trustee analyzed tax matters concerning the Estate;

G. Trustee analyzed the claims filed in the case; Trustee negotiated a settlement of the Estate's two claims; Trustee directed his attorneys to oversee the final distribution of the settlement proceeds pursuant to this Court's Order dated August 18, 2008; and

H. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**EXHIBIT A**

Form I

Individual Estate Property Record and Report

Exhibit B

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  04-13886    JHS   Judge: JOHN H. SQUIRES
Case Name: HARRIS, JAMES LOUIS
           HARRIS, BETTY LOU
For Period Ending: 03/26/09

Trustee Name: JAY A. STEINBERG, TRUSTEE
Date Filed (f) or Converted (c): 04/08/04 (f)
341(a) Meeting Date: 05/21/04
Claims Bar Date: 02/06/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FRAUDULENT CONVEYANCES (u) | 0.00 | 0.00 | | | FA |
| 2. RESIDENCE 849 South Halifax Court, Schaumburg, Illinois (subject to Constructive Trust Order in Case # 02 CH 10436) | 418,000.00 | 0.00 | | 26,750.00 | FA |
| 3. CHECKING, SAVINGS OR OTHER FINANCIA Charter One Bank | 371.81 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 0.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS/COLLECTIBLES Pocket watch collection | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7. FURS AND JEWELRY 2 wedding rings, wrist watches, costume jewelry | 0.00 | 0.00 | | 0.00 | FA |
| 8. INSURANCE POLICIES $10,000 life/burial insurance policy | 2,839.00 | 0.00 | | 0.00 | FA |
| 9. RETIREMENT PLANS Aquion Partners 401k Plan ($2,506.45) Metlife Pension ($1,130.40 per month for life) | 2,506.45 | 0.00 | | 0.00 | FA |
| 10. VEHICLES 1/2 interest in 1998 Ford Escort | 4,500.00 | 0.00 | | 0.00 | FA |
| 11. VEHICLES 2000 Mercury Grand Marquis | 7,900.00 | 0.00 | | 0.00 | FA |
| 12. OTHER MISCELLANEOUS Christmas items, old tires, used water treatment equipment and parts; plumbing parts; suitcases; metal desk and chair, other misc. items; tools | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.35 | Unknown |

Ver. 14.30   Page: 1

LFORM1

Page: 2   Ver. 14.30

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No.: 04-13886   JHS   Judge: JOHN H. SQUIRES
Case Name: HARRIS, JAMES LOUIS
HARRIS, BETTY LOU

Trustee Name: JAY A. STEINBERG, TRUSTEE
Date Filed (f) or Converted (c): 04/08/04 (f)
341(a) Meeting Date: 05/21/04
Claims Bar Date: 02/06/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $437,617.26 | $0.00 | | $26,750.35 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold right, title & interest in possible fraudulent conveyances of real and personal property located at 1953 South Marsh Road in Chana, Illinois. Trustee auctioned his right, title & interest in the potential causes of action to the highest bidder for an amount of $26,570.00. Two claims filed: Unsecured claims of Bidder at auction and law firm. Case determined administratively insolvent. TR negotiated settlement with bidder to pay estate $15,000 to pay administrative claims and allowed claim of law firm. Settlement proceeds received, law firm paid in early 2009. Will file final report, pay out balance of allowed administrative claims pro rata and close case.

Initial Projected Date of Final Report (TFR): 04/30/05      Current Projected Date of Final Report (TFR): 06/30/09

LFORM1

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 04-13886 -JHS | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | HARRIS, JAMES LOUIS | | Bank Name: | BANK OF AMERICA, N.A. |
| | HARRIS, BETTY LOU | | Account Number / CD #: | *******2294  BofA - Money Market Account |
| Taxpayer ID No: | *******4695 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 03/26/09 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/22/08 | 1 | CDI Network, Inc. | Sale of Fraud. Conveyance Action | | 15,000.00 | | 15,000.00 |
| | | CDI NETWORK, INC. | Memo Amount:     26,750.00 | 1241-000 | | | |
| | | CDI NETWORK, INC. | Sale of Fraud. Conveyance Action | | | | |
| | | | Memo Amount:  (   11,750.00 ) | 7100-000 | | | |
| | | | Retained for Unsecured Claim #1 | | | | |
| | | | -- Per Court Order 8/18/05 | | | | |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 15,000.02 |
| 01/20/09 | | Transfer to Acct #*******2304 | Payment of Allowed Unsecured Claim | 9999-000 | | 1,000.00 | 14,000.02 |
| | | | Transfer Funds to pay Hoogendoorn & Talbot claim | | | | |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,000.14 |
| 02/17/09 | 000301 | International Sureties, Ltd. | 2009 Blanket Bond Premium | 2300-000 | | 27.43 | 13,972.71 |
| | | 701 Poydras Street #420 | Bond No. 016260455 | | | | |
| | | New Orleans  LA  70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,972.82 |
| 03/25/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 13,972.92 |
| 03/25/09 | | Transfer to Acct #*******2304 | Final Posting Transfer | 9999-000 | | 13,972.92 | 0.00 |
| | | | Transfer fund for Final Distribution and to close out | | | | |
| | | | case.   ecb  March 25, 2009, 04:21 pm | | | | |

| Memo Allocation Receipts: | 26,750.00 |
| --- | --- |
| Memo Allocation Disbursements: | 11,750.00 |
| Memo Allocation Net: | 15,000.00 |

| Account *******2294 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | Deposits | 15,000.00 | 1 | Checks | 27.43 |
| | 4 | Interest Postings | 0.35 | 0 | Adjustments Out | 0.00 |
| | | Subtotal | $ 15,000.35 | 2 | Transfers Out | 14,972.92 |
| | 0 | Adjustments In | 0.00 | | Total | $ 15,000.35 |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 15,000.35 | | | |

Ver: 14.30

LFORM2T4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No.: | 04-13886 -JHS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | HARRIS, JAMES LOUIS | Bank Name: | BANK OF AMERICA, N.A. |
|  | HARRIS, BETTY LOU | Account Number / CD #: | *******2304 BofA - Checking Account |
| Taxpayer ID No.: | *******4695 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 03/26/09 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/20/09 |  | Transfer from Acct #*******2294 | Payment of Allowed Unsecured Claim | 9999-000 | 1,000.00 |  | 1,000.00 |
| * 01/20/09 | 003001 | Hoogendoorn & Talbot LLP<br>122 S. Michigan Ave.<br>Suite 1220<br>Chicago, IL 60603-6107 | Transfer Funds to pay Hoogendoorn & Talbot claim<br>Payment of Claim No. 2<br>Allowed per ct order dtd 8-18-08 | 7200-004 |  | 1,000.00 | 0.00 |
| * 03/12/09 | 003001 | Hoogendoorn & Talbot LLP<br>122 S. Michigan Ave.<br>Suite 1220<br>Chicago, IL 60603-6107 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7200-004 |  | -1,000.00 | 1,000.00 |
| 03/16/09 | 003002 | Hoogendoorn & Talbot LLP<br>122 S. Michigan Ave.<br>Suite 1220<br>Chicago, IL 60603-6107 | Payment of Claim No. 2<br>Allowed per ct order dtd 8-18-08 | 7200-000 |  | 1,000.00 | 0.00 |
| 03/25/09 |  | Transfer from Acct #*******2294 | Transfer In From MMA Account<br>Transfer fund for Final Distribution and to close out case.  ecb  March 25, 2009, 04:21 pm | 9999-000 | 13,972.92 |  | 13,972.92 |

| Account *******2304 | Balance Forward | 0.00 |  |  |  |
|---|---|---|---|---|---|
|  | 0 Deposits | 0.00 | 3 Checks | 1,000.00 |  |
|  | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |  |
|  |  |  | 0 Transfers Out | 0.00 |  |
|  | Subtotal | $ 0.00 | Total | $ 1,000.00 |  |
|  | 0 Adjustments In | 0.00 |  |  |  |
|  | 2 Transfers In | 14,972.92 |  |  |  |
|  | Total | $ 14,972.92 |  |  |  |

| Memo Allocation Receipts: | 0.00 |
|---|---|
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

LFORM2T4　　　　　　　　　　Ver. 14.30

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 04-13886 -JHS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | HARRIS, JAMES LOUIS | Bank Name: | BANK OF AMERICA, N.A. |
| | HARRIS, BETTY LOU | Account Number / CD #: | *******2304 BofA - Checking Account |
| Taxpayer ID No: | *******4695 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 03/26/09 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | | 26,750.00 | | | | |
| Total Allocation Disbursements: | | 11,750.00 | | | | |
| Total Memo Allocation Net: | | 15,000.00 | | | | |

Report Totals

| Description | | Deposits ($) | | Disbursements ($) | |
|---|---|---|---|---|---|
| Balance Forward | | | 0.00 | | |
| Deposits | 1 | | 15,000.00 | Checks | 4 | 1,027.43 |
| Interest Postings | 4 | | 0.35 | Adjustments Out | 0 | 0.00 |
| | | | | Transfers Out | 2 | 14,972.92 |
| Subtotal | | $ | 15,000.35 | Total | | $ 16,000.35 |
| Adjustments In | 0 | | 0.00 | | | |
| Transfers In | 2 | | 14,972.92 | | | |
| Total | | $ | 29,973.27 | Net Total Balance | | $ 13,972.92 |

Ver: 14.30

LFORM2T4

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JAMES LOUIS & BETTY LOU HARRIS, | ) | Case No. 04-13886-JHS |
| | ) | |
| Debtors. | ) | Hon. JOHN H. SQUIRES |

## PROPOSED DISTRIBUTION REPORT

I, JAY A. STEINBERG, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $13,972.92 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$13,972.92** |

**EXHIBIT D**

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $37,706.72 | varies%[1] |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Jay Steinberg, Trustee *Trustee Compensation* | $3,425.00 | $3,000.00 |
| | Joseph A. Baldi & Associates, P.C. *Special Counsel for Trustee Fees* | $807.00 | $750.00 |
| | Scott & Kraus, LLC *Attorney for Trustee Fees* | $32,274.00 | $9,022.20 |
| | Scott & Kraus, LLC *Attorney for Trustee Expenses* | $1,200.72 | $1,200.72 |
| | **CLASS TOTALS** | **$37,706.72** | **$13,972.92** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00% |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000 | $ 0.00 | 0.00% |

---

[1] Based upon an agreement between the Trustee, Trustee's Counsel and Trustee's Special Counsel, each of the administrative claimants has agreed to a voluntary reduction of their respective claims *in differing amounts* based upon the funds remaining in the Estate.

**EXHIBIT D**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00% |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00% |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00% |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00% |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00% |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00% |

**EXHIBIT D**

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00% |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 1,848,881.00 | 0.64% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Computer Documents, Inc. and CDI *General Unsecured 726* | $ 1,848,881.00 | $0.00 |
| | **CLASS TOTALS** | **$1,848,881.00** | **$0.00** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 1,000.00 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000002 | Hoogendoorn & Talbot LLP *Tardy General Unsecured 726* | $1,000.00 | $0.00 |
| | **CLASS TOTALS** | **$1,000.00** | **$0.00** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |

**EXHIBIT D**

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00% |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  March 26, 2009          /s/
                                Jay A. Steinberg, Trustee

EXHIBIT D