UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JAMES LOUIS & BETTY LOU HARRIS, | ) | Case No. 04-13886 |
| | ) | |
| Debtors. | ) | Hon. John H. Squires |

### TRUSTEE'S APPLICATION FOR COMPENSATION

TO:   THE HONORABLE JOHN H. SQUIRES

NOW COMES JAY A. STEINBERG, Trustee herein, pursuant to 11 U.S.C. §330, and requests $3,425.00 as compensation, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $26,750.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $21,750.00 | $2,175.00 | ($4,500.00 max.) |
| TOTAL COMPENSATION | $3,425.00 | |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case. An affidavit pursuant to Bankruptcy Rule 2016 is attached hereto as Exhibit A. Pursuant to an agreement between the Estate's administrative claimants, Trustee agrees to a voluntary reduction of his compensation to $3,000.00.

Executed this 26th day of March, 2009.

/s/
_____
JAY A. STEINBERG, TRUSTEE
35 EAST WACKER
SUITE 1550
CHICAGO, IL  60601-0000

Rule 2016 Affidavit

Exhibit A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 04-13886 |
| James Louis and Betty Lou Harris, | ) | Hon. John H. Squires |
| | ) | |
| Debtors. | ) | |

### Trustee's Affidavit Pursuant to Rule 2016

State of Illinois )
County of Cook )

I, Jay A. Steinberg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the Trustee's Application for Allowance of Final Compensation ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter.

4. Further affiant sayeth naught.

_____
Jay A. Steinberg

Subscribed and Sworn to before me
on March ____, 2009

_____
Notary Public

**Exhibit A**