## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|                          |   |                       |
|--------------------------|---|-----------------------|
| In re:                   | ) | No. 04 B 13386        |
|                          | ) | Chapter 7             |
| JAMES LOUIS HARRIS and   | ) | Judge John H. Squires |
| BETTY LOU HARRIS,        | ) |                       |
|                          | ) |                       |
| Debtors.                 | ) |                       |

### FINAL APPLICATION FOR
### ALLOWANCE OF FEES AND REIMBURSEMENT OF
### EXPENSES OF SCOTT & KRAUS AS COUNSEL FOR THE TRUSTEE

Scott & Kraus ("S&K"), attorneys for Jay A. Steinberg, as Chapter 7 Trustee for the

James Louis Harris and Betty Lou Harris, (the "Trustee"), submits this Final Application for

Allowance of Fees and Reimbursement of Expenses (the "Application") for compensation of

legal fees in the amount of $~~33,475.22~~ 31,274.50 and reimbursement of expenses in the amount of

$1,200.72 incurred from May 28, 2004 through November 30, 2006 (the "Relevant Period")

pursuant to 11 U.S.C. § 331 and Bankruptcy Rule 2002 (a)(7).  In support of this Application,

S&K respectfully represents as follows:

As Trustee, the trustee and his counsel had to pursue and recover assets of the estate to

liquidate for the benefit of creditors owned or transferred by James Louis Harris and Betty Lou

Harris (the "Debtors").

Voluminous documents were reviewed by the Trustee and his counsel, depositions were

taken and pleadings were prepared, filed and served seeking to recover assets and ultimately to

sell certain assets for the benefit of the estate's creditors.

The Trustee and his counsel appeared at numerous status hearings on several motions,

reviewed documents submitted by CDI Network, Inc. and the Debtors related to various assets of

the estate, deposed the Debtors and other parties regarding certain assets, drafted the appropriate

documents and pleadings for approval of the sale of certain assets and held an auction of the

Trustee's right, title and interest in certain causes of action.

Wherefore, Scott & Kraus, LLC requests approval of its fees in the amount of

$33,475.22, payment in compensation for services rendered of $13,500.00 and reimbursement

of $1,200.72 in expenses. S&K agreed to reduce its compensation for the benefit of the estate.

## I.      Background

1.      The Debtors filed a voluntary petition for relief pursuant to chapter 7 of the

Bankruptcy Code on April 8, 2004 (the "Petitio n Date").

2.      The Trustee was appointed as the chapter 7 Trustee and is the duly acting

Trustee in this case.

3.      An order authorizing the Trustee to retain S&K as his counsel was entered on

June 9, 2004.

4.      S&K began performing legal services on behalf of the Trustee on May 28,

2004.

**Services Rendered by S&K**

5.      This is S&K's final request for an award of fees and reimbursement of

expenses pursuant to the provisions of 11 U.S.C. §331. During the Relevant Period, the

following attorneys and paralegals performed services in this case, at the rates and for the

number of hours indicated as follows:

| Attorney | Hours | Hourly Rate | Amount |
|---|---|---|---|
| J. McArdle | 124.2 | 210.00 | 27,054.00 |
| J. Sleezer | 27.9 | 150.00 | 4,151.50 |
| S. Kinra | 0.5 | 185.00 | 92.50 |

**Para-professionals**

| | | | |
|---|---|---|---|
| K. Fearing | 1.8 | 135.00 | 243.00 |
| A. Sleezer | 4.2 | 55.00 | 231.00 |
| P. Costello | 2.5 | 135.00 | 337.50 |
| D. Bradley | 3.0 | 55.00 | 165.00 |
| **Total** | 164.1 | | 32,274.50 |

During the Relevant Period, S&K has targeted its efforts at avoiding and recovering preferences made by the Debtor, reviewing and evaluating the defenses proffered by the Defendants.

S&K has been mindful of the need to avoid undue legal fees in this case and has taken all reasonable steps to provide cost-effective representation while rendering services with the highest degree of skill and professionalism.

S&K has endeavored to eliminate duplication of effort by giving primary responsibility of the case to one attorney as much as possible throughout the pendency of the case, while staffing other attorneys on an as-needed basis.

From July 23, 2003 to November 6, 2006, S&K professionals provided a total of 186.10 hours of legal services to the Trustee in this case.     During the Relevant Period, S&K has provided services in the following four general categories:  Court Hearings/Motions and Pleadings, Case Administration, Research and Fee Application Preparation.  The amount of fees incurred with respect to each category is as follows:

| **Category** | **Fees Incurred** |
|---|---|
| Court Hearings/Motions and Pleadings | $16,247.00 |
| Case Administration | $10,833.00 |
| Research | $2,452.50 |
| Fee Application | $8,897.50 |
| **TOTAL** | $38,430.00 |

Detailed descriptions of the tasks performed within these categories and the results therefrom are set forth below.  Additionally, the exhibits attached hereto set forth the itemization of the legal services rendered by S&K, describing such services according to the specific tasks performed and identifying:  (a) the attorney or legal assistant who performed them; (b) the time taken to perform them; and (c) the dates on which the task was performed.     S&K also seeks reimbursement of its expenses in this case in the amount of $5.10.

The legal services performed on behalf of the Trustee during the time period covered by this Application are as follows:

Court Hearings/Motions and Pleadings

During the Relevant Period, S&K expended 46.1 hours on legal services in connection with advancing the position of the Trustee on numerous matters before the court. These services included attending miscellaneous hearings and drafting pleadings and orders related to the pursuit and liquidation of assets of the estate. The following attorneys and para-professionals were involved in these matters:

| Attorney/Para-professional | Hours | Hourly Rate | Amount |
|---|---|---|---|
| J. McArdle | 37.0 | 210.00 | $8,082.00 |
| D. Bradley | 3.0 | 55.00 | $165.00 |
| P. Costello | 1.3 | 135.00 | $175.50 |
| K. Fearing | 0.6 | 135.00 | $81.00 |
| A. Sleezer | 4.2 | 55.00 | $231.00 |
| **Total** | 46.1 | | $8,734.50 |

Case Administration

During the Relevant Period, S&K devoted a total of 60.7 hours of professional time monitoring the status reviewing various pleadings and motions filed with the Court and monitoring the status of the bankruptcy case and the related adversary proceeding. The following attorneys and para-professionals were involved in these matters:

| Attorney/Para-professional | Hours | Hourly Rate | Amount |
|---|---|---|---|
| J. McArdle | 65.1 | 210.00 | $13,824.00 |
| J. Sleezer | 20.3 | 150.00 | $2,895.50 |
| P. Costello | 1.2 | 135.00 | $162.00 |
| **Total** | 86.6 | | $16,881.00 |

Research

During the Relevant Period, S&K devoted a total of 11.7 hours of professional time reviewing various pleadings and motions filed with the Court and researching the relevant case law in both

the bankruptcy case and the related adversary proceeding. Extensive time was dedicated to research due to the complex nature of the issues presented, especially the application of the Rooker-Feldman doctrine and questions of possible avoidance actions involving property transferred prior to an earlier bankruptcy filing by one of the parties in interest. The following attorneys were involved in these matters:

| Attorney/Para-professional | Hours | Hourly Rate | Amount |
|---|---|---|---|
| J. Sleezer | 1.5 | 150.00 | $127.50 |
| J. McArdle | 9.7 | 210.00 | $2,037.00 |
| **Total** | 11.7 | | $2,164.00 |

Fee Application

During the Relevant Period, S&K devoted a total of 45.2 hours of professional time in preparing its fee application. The following attorneys and para-professionals were involved in these matters:

| Attorney | Hours | Hourly Rate | Amount |
|---|---|---|---|
| J. McArdle | 13.0 | 210.00 | $3,111.00 |
| J. Sleezer | 6.1 | 150.00 | $1,128.50 |
| S. Kinra | 0.5 | 185.00 | $92.50 |
| K. Fearing | 1.2 | 135.00 | $162.00 |
| **Total** | 45.2 | | $8,897.50 |

A detailed statement of the services rendered on this matter is attached as Exhibit I.

## II.   Expenses

S&K incurred out-of-pocket expenses in connection with its representation of the Trustee in this case. Each expense was actually and necessarily required in the representation of the Trustee. The total amount of expenses for which F&L seeks reimbursement is $1,200.72. The itemization of expenses is as follows:

| | |
|---|---|
| CTIC Tract Search | $486.00 |
| Investigative services | $595.80 |
| Overnight delivery service | $58.04 |
| Postage | $33.81 |

| | |
|---|---|
| Law Bulletin expenses | <u>$27.07</u> |
| **Total** | **$1,200.72** |

WHEREFORE, S&K respectfully requests that this Court enter an Order:

A.  Granting this Application;

B.  Approving the legal fees of S&K for final compensation in the aggregate amount of $32,274.50 for professional services rendered to the Trustee from May 28, 2004 through November 30, 2006;

C.  Allowing payment of compensation in the amount of $9,022.20 pursuant to a voluntary agreement of the administrative claimants;

D.  Allowing payment to S&K in the amount of $1,200.72 for reimbursement of expenses incurred by S&K from May 28, 2004 through November 30, 2006; and

E.  Granting S&K such other and further relief as this Court deems just and proper.

Dated: March 26, 2009                    SCOTT & KRAUS, LLC

By:/s/Eugene S. Kraus

Eugene S. Kraus (6201457)
Scott & Kras, LLC
150 South Wacker Drive
Suite 2900
Chicago, IL 60610
(312) 327-1050
(312 327-1051 fax

Scott and Kraus

150 S. Wacker Drive
Suite 2900
Chicago, Illinois 60606
(312) 327-1050 Telephone
(312) 327-1051 Facsimile
FEIN 81-0598261

July 30, 2004

Billed Through  June 30, 2004

Jay A. Steinberg                                    Client File No.: 2785.028
321 North Clark Street                              Invoice No.:    11904
27th Floor
Chicago IL 60611-3608                              *Please include your Client File No. on your remittance.*

In Reference To: **James and Betty Lou Harris**; Bankruptcy Petition #: 04-13886

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/28/2004 | JMM | Review of debtors' bankruptcy schedules. | 0.40 | 84.00 |
|  | JMM | Review of state court judgment in favor of CDI against debtors. | 0.70 | 147.00 |
|  | JMM | Prepare Notice of Motion and Application to Retain Special Counsel; Affidavit for ESK. | 1.00 | 210.00 |
| 6/2/2004 | AS | File petition to retain special counsel. | 0.60 | 33.00 |
| 6/3/2004 | JMM | Telephone conference with Rick Golding regarding background of case and need for appraisal of property. | 0.40 | 84.00 |
| 6/8/2004 | PC | Prepare Motion for filing - Trustee's Application to Employ Special Counsel | 0.80 | 108.00 |
|  | JMM | Telephone conference with debtors' counsel, David Cohen, regarding arrangements for appraisal. | 0.20 | 42.00 |

Jay A. Steinberg

Invoice No.:11904                                                              2785.028

July 30, 2004                                                              Page      2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/8/2004 | JMM | Telephone conference with Sandra Watkins regarding arrangements for appraisal. | 0.20 | 42.00 |
| 6/10/2004 | JMM | Review of CDI motion to modify the automatic stay. | 0.40 | 84.00 |
| 6/11/2004 | JMM | Telephone conference with Sandy Watkins regarding access to the Property for purpose of appraisal. | 0.10 | 21.00 |
| 6/14/2004 | JMM | Telephone conference with Sandy Watkins regarding arrangements for viewing of property and comparables in neighborhood. | 0.10 | 21.00 |
| 6/16/2004 | JMM | Review of Harris Bank motion and order modifying the automatic stay; telephone conference with Codilis paralegals about vacating order. | 0.30 | 63.00 |
|  | JMM | Telephone conference with Jonathan Sherman regarding Harris order modifying automatic stay and consequences thereto. | 0.20 | 42.00 |
| 6/17/2004 | JMM | Prepare for court; court appearance on Trustee's motion to retain counsel. | 1.30 | 273.00 |
|  | JMM | Telephone conference with Jonathan Sherman to clarify issues for order to modify automatic stay | 0.20 | 42.00 |
|  | JMM | Prepare notice of motion and motion to vacate order modifying the automatic stay for Harris Bank | 1.00 | 210.00 |
|  | JMM | Telephone conference with Sandy Watkins to discuss comparables in neighborhood. | 0.20 | 42.00 |
| 6/18/2004 | AS | File motion to vacate order. | 0.60 | 33.00 |
|  | PC | Revise and prepare documents for court filing - Trustee Motion to Vacate Order Modifying the Automatic Stay | 0.50 | 67.50 |
| 6/21/2004 | JMM | Prepare for court; court appearance at hearing on CDI motion to modify the automatic stay. | 1.20 | 252.00 |

Jay A. Steinberg

Invoice No.:11904                                                          2785.028

July 30, 2004                                                              Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/21/2004 | JMM | Review of proposed draft order language. | 0.40 | 84.00 |
| | JMM | Meeting with Jay Steinberg to review and discuss options regarding CDI constructive trust. | 0.50 | 105.00 |
| | JMM | Legal research on trustee rights v. rights of beneficiary of constructive trust. | 1.50 | 315.00 |
| 6/22/2004 | JMM | Prepare notice of motion and motion to employ real estate broker. | 1.00 | 210.00 |
| | JMM | Prepare notice of motion and motion to sell real estate. | 1.30 | 273.00 |
| | JMM | Review of proposed draft order modifying the automatic stay. | 0.10 | 21.00 |
| 6/23/2004 | JMM | Telephone conference with Jonathan Sherman and Larry Karling with client to discuss terms of order modifying automatic stay. | 0.30 | 63.00 |
| | JMM | Prepare correspondence to David Cohen, debtor's counsel. | 0.20 | 42.00 |
| | JMM | Meeting with client to discuss options and review pleadings. | 1.00 | 210.00 |
| 6/24/2004 | JMM | Telephone conference with Larry Karlin regarding language of order to modify automatic stay. | 0.40 | 84.00 |
| 6/25/2004 | JMM | Telephone conference with BJ Maley of Codilis regarding motion to vacate order modifying automatic stay for Harris Bank. | 0.30 | 63.00 |
| | JMM | Telephone conference with client regarding amount of market valuation and options going forward. | 0.20 | 42.00 |
| | JMM | Legal research on cases provided by CDI attorneys regarding constructive trust rights. | 2.00 | 420.00 |
| 6/28/2004 | JMM | Court appearance on motion to vacate order of Harris Bank modifying the automatic stay. | 1.00 | 210.00 |

Jay A. Steinberg

Invoice No.:11904

2785.028

July 30, 2004

Page     4

| | | Hours | Amount |
|---|---|---|---|
| 6/28/2004 JMM | Review of Larry Karlin email, discussion with Jay Steinberg and preparation of response. | 0.40 | 84.00 |
| 6/30/2004 JMM | Research on constructive trusts and appeals therefrom. | 1.50 | 315.00 |
| Current Services Rendered Subtotal | | 22.50 | $4,441.50 |

DISBURSEMENTS

| | |
|---|---|
| Postage Fee | 7.80 |
| Postage Fee | 4.56 |
| Total Disbursements for this Matter | $12.36 |
| Total Amount of this Invoice | $4,453.86 |
| BALANCE DUE | $4,453.86 |

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Amanda Sleezer | 1.20 | 55.00 | $66.00 |
| Jim M. McArdle | 20.00 | 210.00 | $4,200.00 |
| Pamela Costello | 1.30 | 135.00 | $175.50 |

# Scott & Kraus, LLC

150 S. Wacker Drive
Suite 2900
Chicago, Illinois 60606
(312) 327-1050 Telephone
(312) 327-1051 Facsimile
FEIN 81-0598261

August 30, 2004

Billed Through  July 31, 2004

Jay A. Steinberg                                    Invoice No.:    12087
321 North Clark Street                              Client File No.: 2785.028
27th Floor
Chicago IL 60611-3608                    *Please include your Client File No. on your remittance.*

In Reference     **James and Betty Lou Harris; Bankruptcy Petition #: 04-13886**
To:

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/1/2004 | JMM | Multiple phone calls with Larry Karlin and David Cohen regarding language for order for relief from stay. | 0.30 | 63.00 |
| 7/6/2004 | JMM | Phone call with Larry Karlin regarding entry of order modifying the automatic stay. | 0.20 | 42.00 |
| 7/8/2004 | JMM | Preparation of notice of motion and motion to reschedule motion for relief from automatic stay. | 1.00 | 210.00 |
|  | JMM | Preparation of notice of motion and application to retain real estate broker. | 1.00 | 210.00 |
|  | PC | Processed Service List mailing for Trustee's Motion to Reschedule Hearing on Motion for Relief from Automatic Stay and Trustee's Application to Retain Real Estate Broker | 0.80 | 108.00 |

Jay A. Steinberg

Invoice No.:12087                                                                        2785.028

August 30, 2004                                                                   Page      2

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 7/9/2004 AS | File application to retain real estate broker. | | 0.60 | 33.00 |
| AS | File motion to reschedule hearing on motion for relief from automatic stay. | | 0.60 | 33.00 |
| JMM | Phone call with Larry Karlin regarding motion for relief from the automatic stay and stat pending appeal. | | 0.20 | 42.00 |
| 7/14/2004 JMM | Phone call with debtor's counsel David Cohen. | | 0.10 | 21.00 |
| 7/15/2004 JMM | Prepare for court; attendance in court on motion to reschedule motion to modify the automatic stay and to retain real estate broker. | | 1.30 | 273.00 |
| 7/16/2004 JMM | Review of Harris Bank's response to motion to vacate order modifying the automatic stay. | | 0.40 | 84.00 |
| 7/19/2004 JMM | Prepare for court; appearance in court at hearings on motion to retain broker, motion to reschedule hearing and motion for relief from stay. | | 2.00 | 420.00 |
| 7/26/2004 JMM | Review of fees for fee application. | | 0.30 | 63.00 |
| 7/30/2004 JMM | Review of CDI's motion for turnover and citation to discover assets. | | 0.40 | 84.00 |
| JMM | Legal research on Trustee's duties to respond to citation to discover assets in no assets case. | | 0.50 | 105.00 |

Current Services Rendered Subtotal                                        9.70   $1,791.00

Previous Balance                                                                      $4,453.86

BALANCE DUE                                                                        $6,244.86

Jay A. Steinberg

Invoice No.:12087                                                    2785.028

August 30, 2004                                                     Page      3

## Attorney Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Amanda Sleezer | 1.20 | 55.00 | $66.00 |
| Jim M. McArdle | 7.70 | 210.00 | $1,617.00 |
| Pamela Costello | 0.80 | 135.00 | $108.00 |

**Scott & Kraus, LLC**

150 S. Wacker Drive
Suite 2900
Chicago, Illinois 60606
(312) 327-1050 Telephone
(312) 327-1051 Facsimile
FEIN 81-0598261

January 31, 2005

Billed Through  December 31, 2004

Jay A. Steinberg
321 North Clark Street
27th Floor
Chicago IL 60611-3608

Invoice No.:    13069
Client File No.: 2785.028

*Please include your Client File No. on your remittance.*

In Reference to:  **James and Betty Lou Harris; Bankruptcy Petition #: 04-13886**

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/2/2004 | JMM | Preparation of response to citation to discover assets interrogatories. | 0.30 | 63.00 |
| 8/5/2004 | JMM | Research into whether Trustees can be served with citations to discover assets. | 0.50 | 105.00 |
|  | JMM | Preparation of response for client to CDI's citation to discover assets. | 0.40 | 84.00 |
| 8/6/2004 | JMM | Conference with client regarding answer to citation to discover assets and regarding possible property of the estate. | 0.20 | 42.00 |
| 8/18/2004 | JMM | Review of order granting constructive trust for list of items ordered. | 0.30 | 63.00 |

Jay A. Steinberg

Invoice No.:13069

January 31, 2005

2785.028

Page    2

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 8/18/2004 | JMM | Telephone conference with Mr. Rick Golding regarding agreement to sell property not being honored and discussion of other possible assets. | | 0.30 | 63.00 |
| 8/19/2004 | JMM | Review of CD showing videotaped inventory of personalty. | | 0.50 | 105.00 |
| 8/20/2004 | JMM | Review of CD videotape of inside of debtor's house and create inventory of personalty. | | 0.50 | 105.00 |
| 9/9/2004 | JMM | Revise application to retain auctioneer | | 0.50 | 105.00 |
| | JMM | Review materials regarding transfer of real properties by Debtors to niece | | 0.60 | 126.00 |
| | JMM | Research on revocation of debtors' discharge for failure to disclose information in schedules or for disposing of property pre-petition | | 1.50 | 315.00 |
| 9/10/2004 | JMM | Prepare notice of deposition for debtors | | 0.40 | 84.00 |
| 9/13/2004 | JMM | Prepare notice of motion, affidavit and application to retain auctioneer | | 1.30 | 273.00 |
| 9/14/2004 | JMM | Revise affidavit for auctioneer Joel Langer | | 0.30 | 63.00 |
| 9/15/2004 | JMM | Telephone conferences with David Cohen, debtors' counsel, regarding allegation that Trustee was coordinating with secured creditor to vacate debtors' discharge | | 0.30 | 63.00 |
| | JMM | Telephone conference with Joel Langer to discuss auction of debtors' assets in one auction with Harris case | | 0.30 | 63.00 |
| 9/20/2004 | AS | Prepare and file Trustee's Application to Retain Auctioneer. Prepare and send mailing list. | | 1.80 | 99.00 |
| 9/22/2004 | JRS | Conference; internal conference regarding pending matter; accept receipt of client file and review same. | | 1.60 | 136.00 |

Jay A. Steinberg

Invoice No.:13069

January 31, 2005

2785.028

Page        3

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/22/2004 JMM | Telephone conference with auctioneer Joel Langer regarding retention orders and setting up appointment to review CD of property in house | | 0.20 | 42.00 |
| JMM | Telephone conference with David Cohen about Trustee intervening in Harris and Hooker state court actions to preserve estate's right to equity in house | | 0.30 | 63.00 |
| 9/23/2004 JMM | Telephone conference with David Cohen, debtors' counsel, regarding request for Trustee to intervene in state court proceedings to claim offset rights of debtor in real property | | 0.30 | 63.00 |
| 9/24/2004 JRS | Review casefile; legal research regarding Bankruptcy Code and Illinois' Fraudulent Transfer Act. | | 1.50 | 127.50 |
| JMM | Preparation of fee application | | 1.10 | 231.00 |
| 9/27/2004 JRS | Review videotape of home; produce record of identifiable assets. | | 0.70 | 59.50 |
| JMM | Telephone conference with Rick Golding regarding pursuit of assets in debtors' estates | | 0.30 | 63.00 |
| JMM | Research on Trustee's right to intervene in state court action to preserve right to equity in event appeal sustained and debtors entitled to equity in house | | 1.20 | 252.00 |
| 9/28/2004 JMM | Prepare for court; court appearance before Judge Squires on Trustee's application to retain auctioneer | | 1.10 | 231.00 |
| 9/30/2004 JMM | Telephone conference with Sandy Watkins regarding appointment to review video of debtors' home for auction | | 0.20 | 42.00 |
| 10/1/2004 JMM | Preparation of questions for Debtors' depositions | | 2.60 | 546.00 |
| 10/4/2004 JRS | Review video recording of Harris home; record contents of home captured in same. | | 1.00 | 150.00 |

Jay A. Steinberg
Invoice No.:13069                                                    2785.028
January 31, 2005                                                     Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/5/2004 | JMM | Meeting with Joel Langer, Jim Drury and Jason Sleezer regarding assets in house, auction and possible sale of real estate | 0.70 | 147.00 |
|  | JRS | Conference with auctioneers James T. Drury and Joel Langer; prep for same. | 3.00 | 450.00 |
| 10/6/2004 | JMM | Review of tract searches | 1.00 | 210.00 |
| 10/7/2004 | JMM | Telephone conference with client and David Cohen, debtors' counsel, to discuss intervention by Trustee to claim right of setoff | 0.20 | 42.00 |
|  | JMM | Telephone conference with Rick Golding regarding progress on ascertaining assets available to recovery by estate | 0.30 | 63.00 |
|  | JRS | Review tract searches; internal conference regarding same. | 4.90 | 735.00 |
| 10/8/2004 | JMM | Review of Statement of Financial Affairs to determine what items debtors claimed were transferred prepetition and what may still be available from video | 0.60 | 126.00 |
|  | JRS | Review trace searches; internal conference regarding same. | 1.40 | 210.00 |
| 10/11/2004 | JRS | Conference; internal conference regarding tract searches. | 1.00 | 150.00 |
| 10/12/2004 | JMM | Review tract searches for Florida and Illinois properties | 3.00 | 630.00 |
|  | JMM | Meeting with Sandy Watkins to review CD video of inside of Debtors' house and its contents; discussion of possible value of items | 0.90 | 189.00 |
|  | JMM | Preparation of rider to notice of depositions | 0.50 | 105.00 |
| 10/14/2004 | JMM | Meeting with Rick Golding, Larry Karlin, Jason Sleezer and client to plan strategy for depositions and to give update on auctioneer's actions | 1.50 | 315.00 |

Jay A. Steinberg

Invoice No.:13069

January 31, 2005

2785.028

Page    5

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/14/2004 | JMM | Meeting with Jason Sleezer prior to meeting with Rick Golding to review tract searches and prepare chart | 0.50 | 105.00 |
| | JRS | Conference: internal conference; meeting with attorneys Rick Golding, Larry Karlin and Trustee at Weinber Richmond LLP. | 2.50 | 375.00 |
| 10/15/2004 | JMM | Telephone conference with Joel Langer regarding report of inspection of inside of debtors' house for possible auction | 0.20 | 42.00 |
| | JMM | Review of bills of sale provided by Debtors' counsel David Cohen showing alleged transfers of property pre-petition | 0.40 | 84.00 |
| 10/18/2004 | JMM | Preparation of notice of deposition for debtors | 0.60 | 126.00 |
| 10/19/2004 | JMM | Telephone conference with client, David Cohen and Marty Schwartz, regarding Trustee's intervention in state court proceedings to preserve estate's rights to equity in case setoff rights upheld | 0.30 | 63.00 |
| | JMM | Research on whether intervention by Trustee in state court case to claim equity in event of setoff possible. | 1.00 | 210.00 |
| | JRS | Review tract searches; internal conference regarding same. | 1.10 | 165.00 |
| 10/20/2004 | JMM | Revise questions for debtors' depositions. | 1.20 | 252.00 |
| 10/21/2004 | KDF | Prepare Subpoenas for 2004 Rule Examinations; correspondence to Judy @ Hanrahan's. | 0.50 | 67.50 |
| | JMM | Preparation of subpoena for Anthony Robinson and Cheri Dyer. | 1.00 | 210.00 |
| 10/22/2004 | JMM | Preparation of additional questions for debtors' deposition | 1.40 | 294.00 |
| 10/25/2004 | JMM | Review documents provided by debtors for upcoming deposition | 2.50 | 525.00 |

Jay A. Steinberg

Invoice No.:13069                                                                    2785.028

January 31, 2005                                                              Page      6

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/25/2004 | JMM | Revise deposition questions for debtors | 0.60 | 126.00 |
| | JRS | Review casefile; internal conference. | 1.30 | 195.00 |
| 10/26/2004 | JMM | Preparation of additional questions for debtors' deposition. | 1.00 | 210.00 |
| 10/27/2004 | JMM | Telephone conference with debtors' counsel, David Cohen, regarding this afternoon's depositions. | 0.20 | 42.00 |
| | JMM | Preparation for depositions of debtors; revisions to outline for depositions | 2.50 | 525.00 |
| | JMM | Take depositions of James Harris and Betty Harris. | 4.40 | 924.00 |
| 10/28/2004 | JMM | Preparation of motion to intervene to claim setoff. | 1.50 | 315.00 |
| 10/29/2004 | JRS | Accept receipt of exhibits utilized in the Deposition of Betty Lou Harris; review same for accuracy. | 1.30 | 195.00 |
| 11/1/2004 | JMM | Attend depositions of Anthony Robinson and Cheri Dyer. | 1.70 | 357.00 |
| 11/2/2004 | JMM | Revisions to outline for deposition of James Harris. | 1.20 | 252.00 |
| 11/3/2004 | JMM | Prepare for deposition of James Harris. | 0.50 | 105.00 |
| | JMM | Take deposition of James Harris. | 1.30 | 273.00 |
| 11/4/2004 | JMM | Telephone conference with client and Larry Karlin regarding emergency motion to intervene and claim setoff rights. | 0.20 | 42.00 |
| 11/5/2004 | JMM | Prepare for court; court appearance before Judge Arnold on defendants' motion to strike and Trustee's motion to intervene. | 2.10 | 441.00 |
| 11/8/2004 | JMM | Revisions to application for retention by Trustee of auctioneer. | 0.30 | 63.00 |

Jay A. Steinberg

Invoice No.:13069

January 31, 2005

2785.028

Page      7

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/10/2004 | JMM | Revisions to outline for deposition of Cheri Dyer. | 1.20 | 252.00 |
| 11/12/2004 | JMM | Telephone conference with Greg Sterne, attorney for Cheri Dyer, and Larry Karlin, attorney for CDI, regarding continuance of Cheri Dyer deposition. | 0.40 | 84.00 |
| 11/15/2004 | JMM | Telephone conference with client and Greg Stern representing Cheri Dyer. | 0.20 | 42.00 |
| | JMM | Telephone conference with Marty Schwartz, appellate attorney for debtors, regarding information about possible post-petition transfer of assets. | 0.20 | 42.00 |
| | JMM | Meeting with client and Greg Stern regarding status of case, deposition of Cheri Dyer, and option of buying Trustee's right, title and interest. | 0.70 | 147.00 |
| | JRS | Internal conference regarding status of case. | 0.50 | 75.00 |
| 11/16/2004 | JMM | Review pleading from Debtors answering plaintiffs' Rule 2-1402(c) petition, declaration of Harris' exemptions, Setoff Petition, and supplements. | 1.60 | 336.00 |
| 11/19/2004 | JMM | Preparation of petition to intervene in state court action on behalf of Trustee. | 0.90 | 189.00 |
| 11/22/2004 | JMM | Review transcript of Betty Lou Harris deposition. | 2.50 | 525.00 |
| 11/30/2004 | DB | Court filing.  Filed Petition for Intervention in Chancery Division at Daley Center. | 0.90 | 49.50 |
| 12/1/2004 | JMM | Prepare for court; court appearance before Judge Arnold on debtors' motion for setoff. | 1.70 | 357.00 |
| | JMM | Telephone conference with Greg Stern, attorney for Cheri Dyer, regarding her deposition. | 0.20 | 42.00 |

Jay A. Steinberg

Invoice No.:13069                                                          2785.028

January 31, 2005                                                       Page      8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/1/2004 | JMM | Prepare for and take deposition of Cheri Dyer. | 1.90 | 399.00 |
|  | JMM | Review pleading from Computer Documents Network and CDI Network in response to Defendants' answer to section 2-1402 petition and claim for exemptions and setoffs. | 1.00 | 210.00 |
| 12/20/2004 | JMM | Review pleading from Marty Schwartz, debtors' appellate attorney, reply in support of exemption and set-offs. | 0.60 | 126.00 |
| 12/30/2004 | JMM | Telephone conference with Larry Karlin, attorney for CDI Network, regarding status of state court litigation and request for transcript of Cheri Dyer deposition. | 0.20 | 42.00 |

Current Services Rendered Subtotal                            89.10  $16,700.00

## DISBURSEMENTS

| 8/31/2004 | Law Bulletin Access Plus Open Cases Fee | 9.30 |
|---|---|---|
| 9/20/2004 | Postage Fee | 9.00 |
| 10/4/2004 | Chicago Title Insurance Company tract search fee for property located at 1953 S. Marsh Road, Chana, IL. | 111.00 |
| 10/8/2004 | Chicago Title Insurance Company for three (3) tract searches in Florida. | 375.00 |
| 10/21/2004 | Mercury Overnight Shipping to Judy Sobczak at Hanrahan Investigations. | 16.43 |
|  | Mercury Overnight Shipping return from Judy Sobczak at Hanrahan Investigations. | 12.59 |
|  | Mercury Overnight Shipping to Judy Sobczak at Hanrahan Investigations in Westchester, IL | 29.02 |

Jay A. Steinberg

Invoice No.:13069

January 31, 2005

2785.028

Page      9

| | | Amount |
|---|---|---|
| 11/23/2004 | Hanrahan Investigations Group service fee | 595.80 |
| 11/30/2004 | Law Bulletin Access Plus Open Cases Fee | 17.77 |

Total Disbursements for this Matter $1,175.91

Total Amount of this Invoice $17,875.91

Previous Balance $6,244.86

BALANCE DUE $24,120.77

### Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Amanda Sleezer | 1.80 | 55.00 | $99.00 |
| Dion Bradley | 0.90 | 55.00 | $49.50 |
| Jason Sleezer | 18.00 | 150.00 | $2,700.00 |
| Jason Sleezer | 3.80 | 85.00 | $323.00 |
| Jim M. McArdle | 64.10 | 210.00 | $13,461.00 |
| Kim D. Fearing | 0.50 | 135.00 | $67.50 |

# Scott & Kraus, LLC

150 S. Wacker Drive
Suite 2900
Chicago, Illinois 60606
(312) 327-1050 Telephone
(312) 327-1051 Facsimile
FEIN 81-0598261

February 28, 2005

Billed Through  January 31, 2005

Jay A. Steinberg
321 North Clark Street
27th Floor
Chicago IL 60611-3608

Invoice No.:   13187
Client File No.: 2785.028

*Please include your Client File No. on your remittance.*

In Reference to: **James and Betty Lou Harris; Bankruptcy Petition #: 04-13886**

FOR PROFESSIONAL SERVICES RENDERED

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/5/2005 | JMM | Review of deposition transcript of James Harris. | 2.00 | 480.00 |
| 1/18/2005 | JMM | Review pleading from Marty Schwartz, attorney for the Harrises, for sanctions against CDI Network for failure to abide by court order. | 0.20 | 48.00 |
| | JMM | Review transcript from James Harris deposition. | 1.10 | 264.00 |
| 1/31/2005 | JMM | Review pleading from CDI Network to advance ruling date for motion to avoid lien of Hoogendorn & Talbot. | 0.20 | 48.00 |
| Current Services Rendered Subtotal | | | 3.50 | $840.00 |
| Previous Balance | | | | $24,120.77 |
| BALANCE DUE | | | | $24,960.77 |

Jay A. Steinberg

Invoice No.:13187                                              2785.028

February 28, 2005                                             Page       2

## Attorney Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Jim M. McArdle | 3.50 | 240.00 | $840.00 |

# Scott & Kraus, LLC

150 S. Wacker Drive
Suite 2900
Chicago, Illinois 60606
(312) 327-1050 Telephone
(312) 327-1051 Facsimile
FEIN 81-0598261

March 28, 2005

Billed Through  February 28, 2005

Lois West
Popowcer Katten
35 E. Wacker Drive Suite 1550
Chicago IL 60601-2207

Invoice No.:   13690
Client File No.: 2785.028

*Please include your Client File No. on your remittance.*

In Reference to:  **James and Betty Lou Harris; Bankruptcy Petition #: 04-13886**

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/11/2005 JMM | Review deposition of James Harris. | | 1.10 | 264.00 |
| JMM | Preparation of analysis of James and Betty Harris deposition comparison | | 1.50 | 360.00 |
| Current Services Rendered Subtotal | | | 2.60 | $624.00 |
| Previous Balance | | | | $24,960.77 |
| BALANCE DUE | | | | $25,584.77 |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jim M. McArdle | 2.60 | 240.00 | $624.00 |

## Scott & Kraus, LLC

150 S. Wacker Drive
Suite 2900
Chicago, Illinois  60606
(312) 327-1050 Telephone
(312) 327-1051 Facsimile
FEIN 81-0598261

April 29, 2005

Billed Through  March 31, 2005

Lois West
Popowcer Katten
35 E. Wacker Drive Suite 1550
Chicago IL 60601-2207

Invoice No.:    13949
Client File No.: 2785.028

*Please include your Client File No. on your remittance.*

In Reference to:  **James and Betty Lou Harris; Bankruptcy Petition #: 04-13886**

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/17/2005 | JMM | Telephone conference with Rick Golding, attorney for CDI Network, regarding status of case. | 0.20 | 48.00 |
| 3/23/2005 | JMM | Review of Cheri Dyer deposition transcript. | 1.30 | 312.00 |
| 3/30/2005 | KDF | Compile billing reports through July 22, 2004; complete spreadsheets categorizing billable hours for fee application. | 1.20 | 162.00 |
| 3/31/2005 | JMM | Review pleading from CDI Network, motion for authority to file fraudulent conveyance petition on behalf of the estate. | 0.30 | 72.00 |

| | | | | |
|---|---|---|---|---|
| Current Services Rendered Subtotal | | | 3.00 | $594.00 |
| Previous Balance | | | | $25,584.77 |
| BALANCE DUE | | | | $26,178.77 |

Lois West

Invoice No.:13949                                           2785.028

April 29, 2005                                              Page      2


## Attorney Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Jim M. McArdle | 1.80 | 240.00 | $432.00 |
| Kim D. Fearing | 1.20 | 135.00 | $162.00 |

# Scott & Kraus, LLC

150 S. Wacker Drive
Suite 2900
Chicago, Illinois  60606
(312) 327-1050 Telephone
(312) 327-1051 Facsimile
FEIN 81-0598261

June 02, 2005

Billed Through  April 30, 2005

Lois West                                      Invoice No.:    14221
Popowcer Katten                                Client File No.: 2785.028
35 E. Wacker Drive Suite 1550
Chicago IL 60601-2207                          *Please include your Client File No. on your remittance.*

In Reference to:  **James and Betty Lou Harris; Bankruptcy Petition #: 04-13886**

## FOR PROFESSIONAL SERVICES RENDERED

|            |     |                                                                                                                                                                              | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 4/4/2005   | JMM | Prepare for court; court appearance before Judge Squires regarding CDI motion to prosecute fraudulent conveyance actions.                                                    | 1.20  | 288.00 |
| 4/14/2005  | KDF | Prepare Minute Order for Authority to Auction Right, Title.                                                                                                                  | 0.10  | 13.50  |
|            | JMM | Preparation of Trustee's motion to auction right, title and interest and abandon certain property of the estate.                                                            | 2.00  | 480.00 |
|            | DB  | Court filing.  Filed Trustee's Motion for Authority to Auction Right, Title and Interest in Fraudulent Conveyance Actions, or in the Alternative to Abandon Property of the Esatate, and to Shorten Notice. | 0.80  | 44.00  |
| 4/21/2005  | DB  | Court filing. Filed Motion for Authority to Auction Right.                                                                                                                   | 0.70  | 38.50  |
| 4/26/2005  | JMM | Prepare for court; court appearance before Judge Squires on continued motion of CDI for authority to file fraudulent conveyance actions against debtors.                     | 1.20  | 288.00 |

Lois West

Invoice No.:14221                                                    2785.028

June 02, 2005                                                       Page     2

|  | Hours | Amount |
|---|---|---|
| Current Services Rendered Subtotal | 6.00 | $1,152.00 |

DISBURSEMENTS

| 4/14/2005 | Postage | | 12.45 |
|---|---|---|---|

| Total Disbursements for this Matter | $12.45 |
|---|---|

| Total Amount of this Invoice | $1,164.45 |
|---|---|
| Previous Balance | $26,178.77 |

| BALANCE DUE | $27,343.22 |
|---|---|

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Dion Bradley | 1.50 | 55.00 | $82.50 |
| Jim M. McArdle | 4.40 | 240.00 | $1,056.00 |
| Kim D. Fearing | 0.10 | 135.00 | $13.50 |

# Scott & Kraus, LLC

150 S. Wacker Drive
Suite 2900
Chicago, Illinois  60606

(312) 327-1050  Telephone
(312) 327-1051  Facsimile
FEIN 81-0598261

June 21, 2005

Billed Through  May 31, 2005

Lois West
Popowcer Katten
35 E. Wacker Drive Suite 1550
Chicago IL 60601-2207

Invoice No.:    14389

Client File No.: 2785.028

*Please include your Client File No. on your remittance.*

In Reference to:  **James and Betty Lou Harris; Bankruptcy Petition #: 04-13886**

FOR PROFESSIONAL SERVICES RENDERED

|  |  | Hours | Amount |
|---|---|---|---|
| 5/5/2005 DB | Court filing.  Filed Trustee's Notice of Hearing on Application for Authority to Auction Trustee's Right, Title and Interest in Potential Fraudulent Conveyance Actions. | 0.60 | 33.00 |
| 5/24/2005 JMM | Prepare for court; court appearance before Judge Squires on Trustee's motion for authority to auction or abandon fraudulent conveyance actions. | 1.00 | 240.00 |
| Current Services Rendered Subtotal | | 1.60 | $273.00 |
| Previous Balance | | | $27,343.22 |
| BALANCE DUE | | | $27,616.22 |

Lois West

Invoice No.:14389                                                    2785.028

June 21, 2005                                                        Page      2


Attorney Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Dion Bradley | 0.60 | 55.00 | $33.00 |
| Jim M. McArdle | 1.00 | 240.00 | $240.00 |

# Scott & Kraus, LLC

150 S. Wacker Drive
Suite 2900
Chicago, Illinois 60606
(312) 327-1050 Telephone
(312) 327-1051 Facsimile
FEIN 81-0598261

July 31, 2005

Billed Through  June 30, 2005

Lois West
Popowcer Katten
35 E. Wacker Drive Suite 1550
Chicago IL 60601-2207

Invoice No.:   14742
Client File No.: 2785.028

*Please include your Client File No. on your remittance.*

In Reference to:  **James and Betty Lou Harris; Bankruptcy Petition #: 04-13886**

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/2/2005 | JMM | Prepare for court; court appearance before Judge Squires on continued motion for authority to conduct auction of potential fraudulent conveyance actions. | 1.30 | 312.00 |
| 6/9/2005 | JMM | Prepare for court; court appearance before Judge Squires to tender draft order. | 0.70 | 168.00 |
|  | JMM | Telephone conference with Richard Golding, attorney for CDI Network, to discuss sufficiency of draft order to allow Trustee to sell assets of the estate. | 0.20 | 48.00 |
| 6/14/2005 | PC | Faxed copy of Order approved by the Bankruptcy Court to J. Steinberg, R. Golding, D. Cohen & G. Stern for meeting to be held at Scott & Kraus on June 16th. | 0.40 | 54.00 |
| 6/22/2005 | JMM | Telephone conference with David Cohen, debtors' counsel, regarding rescheduled date and time for sale of Trustee's right, title and interest in possible fraudulent conveyance actions. | 0.20 | 48.00 |

Lois West

Invoice No.:14742                                                    2785.028

July 31, 2005                                                        Page       2

|  |  | Hours | Amount |
|---|---|---|---|
| 6/28/2005 JMM | Meeting with client, Walter Schenk, president of CDI, Richard Golding, attorney for CDI, Greg Stern, attorney for Cheri and Butch Dyer and Butch Dyer for sale of potential causes of action. | 1.20 | 288.00 |

Current Services Rendered Subtotal                          4.00      $918.00

Previous Balance                                                    $27,616.22

BALANCE DUE                                                         $28,534.22

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jim M. McArdle | 3.60 | 240.00 | $864.00 |
| Pamela Costello | 0.40 | 135.00 | $54.00 |

# Scott & Kraus, LLC

150 S. Wacker Drive
Suite 2900
Chicago, Illinois  60606
(312) 327-1050 Telephone
(312) 327-1051 Facsimile
FEIN 81-0598261

September 27, 2005

Billed Through  August 31, 2005

Lois West
Popowcer Katten
35 E. Wacker Drive Suite 1550
Chicago IL 60601-2207

Invoice No.:    15064
Client File No.: 2785.028

*Please include your Client File No. on your remittance.*

In Reference to:  **James and Betty Lou Harris; Bankruptcy Petition #: 04-13886**

FOR PROFESSIONAL SERVICES RENDERED

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/13/2005 | JMM | Telephone conference with Rick Golding, attorney for CDI Network, regarding motion for approval of Trustee's sale. | 0.20 | 48.00 |
| 7/18/2005 | JMM | Prepare notice of motion and motion for approval of auction. | 1.30 | 312.00 |
| | JMM | Electronic filing of notice of motion and motion for approval of auction. | 0.40 | 96.00 |
| 7/29/2005 | JMM | Telephone conference with Greg Stern, attorney for the Dyers, regarding amendment of order approving auction. | 0.30 | 72.00 |
| 8/1/2005 | JMM | Prepare for court; court appearance before Judge Squires at hearing on motion to approve auction. | 1.30 | 312.00 |

| | Hours | Amount |
|---|---|---|
| Current Services Rendered Subtotal | 3.50 | $840.00 |
| Previous Balance | | $28,534.22 |

Lois West

Invoice No.:15064

September 27, 2005

2785.028

Page    2

| | Amount |
|---|---|
| BALANCE DUE | $29,374.22 |

### Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jim M. McArdle | 3.50 | 240.00 | $840.00 |

# Scott & Kraus, LLC

150 S. Wacker Drive
Suite 2900
Chicago, Illinois  60606
(312) 327-1050 Telephone
(312) 327-1051 Facsimile
FEIN 81-0598261

April 30, 2006

Billed Through  April 30, 2006

Lois West
Popowcer Katten
35 E. Wacker Drive Suite 1550
Chicago IL 60601-2207

Invoice No.:   16433
Client File No.: 2785.028

*Please include your Client File No. on your remittance.*

In Reference to:  **James and Betty Lou Harris; Bankruptcy Petition #: 04-13886**

FOR PROFESSIONAL SERVICES RENDERED

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/23/2006 | JRS | Prepare analysis for Fee Application; review all attorneys' bills, review all expense reports, justify same as to billable/non-billable time. | 1.00 | 185.00 |
| 3/24/2006 | JRS | Prepare analysis for Fee Application; review all attorneys' bills, review all expense reports, justify same as to billable/non-billable time, prepare spreadsheet evincing analysis. | 5.10 | 943.50 |
| 3/27/2006 | JMM | Prepare fee application. | 2.00 | 480.00 |
| 4/26/2006 | JMM | Prepare fee application. | 2.50 | 600.00 |

| Current Services Rendered Subtotal | 10.60 | $2,208.50 |
|---|---|---|
| Previous Balance | | $29,374.22 |

Lois West

Invoice No.:16433

2785.028

April 30, 2006

Page    2

Amount

BALANCE DUE

$31,582.72

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jason Sleezer | 6.10 | 185.00 | $1,128.50 |
| Jim M. McArdle | 4.50 | 240.00 | $1,080.00 |

# Scott & Kraus, LLC

150 S. Wacker Drive
Suite 2900
Chicago, Illinois  60606

(312) 327-1050 Telephone
(312) 327-1051 Facsimile
FEIN 81-0598261

July 31, 2006

Billed Through  June 30, 2006

Lois West
Popowcer Katten
35 E. Wacker Drive Suite 1550
Chicago IL 60601-2207

Invoice No.:    17151
Client File No.: 2785.028

*Please include your Client File No. on your remittance.*

In Reference to:  **James and Betty Lou Harris; Bankruptcy Petition #: 04-13886**

FOR PROFESSIONAL SERVICES RENDERED

|  |  | Hours | Amount |
|---|---|---|---|
| 5/3/2006 JMM | Prepare fee application. | 2.30 | 552.00 |
| 5/11/2006 JMM | Revise fee application. | 0.60 | 144.00 |
| Current Services Rendered Subtotal | | 2.90 | $696.00 |
| Previous Balance | | | $31,582.72 |
| BALANCE DUE | | | $32,278.72 |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jim M. McArdle | 2.90 | 240.00 | $696.00 |

# Scott & Kraus, LLC

150 S. Wacker Drive
Suite 2900
Chicago, Illinois 60606
(312) 327-1050 Telephone
(312) 327-1051 Facsimile
FEIN 81-0598261

October 31, 2006

Billed Through October 31, 2006

Lois West
Popowcer Katten
35 E. Wacker Drive Suite 1550
Chicago IL 60601-2207

Invoice No.:   17934
Client File No.: 2785.028

*Please include your Client File No. on your remittance.*

In Reference to: **James and Betty Lou Harris; Bankruptcy Petition #: 04-13886**

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/17/2006 JMM | Prepare fee application. | | 1.60 | 384.00 |
| 10/24/2006 JMM | Revise fee application. | | 0.70 | 168.00 |
| Current Services Rendered Subtotal | | | 2.30 | $552.00 |
| Previous Balance | | | | $15,000.00 |
| BALANCE DUE | | | | $15,552.00 |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jim M. McArdle | 2.30 | 240.00 | $552.00 |

# Scott & Kraus, LLC

150 S. Wacker Drive
Suite 2900
Chicago, Illinois 60606

(312) 327-1050 Telephone
(312) 327-1051 Facsimile
FEIN 81-0598261

December 21, 2006

Billed Through November 30, 2006

Lois West
Popowcer Katten
35 E. Wacker Drive Suite 1550
Chicago IL 60601-2207

Invoice No.:    18237
Client File No.: 2785.028

*Please include your Client File No. on your remittance.*

In Reference to: **James and Betty Lou Harris; Bankruptcy Petition #: 04-13886**

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/3/2006 SSK | Analysis of time entries in preparation of fee application. | | 0.50 | 92.50 |
| JMM | Prepare fee application. | | 1.60 | 384.00 |
| 11/30/2006 JMM | Revise fee application. | | 0.70 | 168.00 |
| Current Services Rendered Subtotal | | | 2.80 | $644.50 |
| Previous Balance | | | | $15,552.00 |
| BALANCE DUE | | | | $16,196.50 |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jim M. McArdle | 2.30 | 240.00 | $552.00 |
| Sonia S. Kinra | 0.50 | 185.00 | $92.50 |