UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 04-13886 |
| JAMES LOUIS & BETTY LOU HARRIS, ) | Hon. John H. Squires |
| ) | |
| Debtors. ) | |

### Application for Allowance and Payment of Final Compensation of Joseph A. Baldi & Associates, Special Counsel for Trustee

Joseph A. Baldi & Associates, P.C. ("Baldi & Associates"), special counsel for Jay A. Steinberg, as trustee ("Trustee") of the estate ("Estate") of James Louis & Betty Lou Harris, Debtors ("Debtors"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to Baldi & Associates of 1) $750.00 as final compensation legal services rendered to the Trustee from December 22, 2008 through the close of this case. In support thereof, Baldi & Associates respectfully states as follows:

**Introduction**

1. Debtors commenced this case on April 8, 2004 by filing a voluntary petition for relief under chapter 7 of the Code.

2. Jay A. Steinberg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The asset administered by Trustee in this case was the Debtors' interest in certain fraudulent conveyances. Pursuant to this Court's order dated August 1, 2005, the Trustee was authorized to sell the Estate's interest in the fraudulent conveyances to an Estate creditor, CDI for the sum of $26,750.00 ("Sale Proceeds"). After the expiration of the claims bar date, Trustee reviewed the claims register and identified only two claims filed, one by CDI and the second by another creditor, Talbot. In August 2008, Trustee negotiated with CDI and Talbot such that CDI would pay the Estate $15,000.00 from which the Trustee would distribute $1,000.00 to Talbot in full satisfaction of its claim and the remaining funds would be used to pay the Estate's administrative

claims ("Settlement"). In December 2008, all of the terms of the Settlement still had not been met.

4. The bar date for filing claims in this case was February 6, 2008.

**Retention of Baldi & Associates**

5. On February 5, 2009, the Court entered an ordered authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi & Associates as his special counsel in this case. A copy of the order authorizing Trustee to retain Baldi & Associates is attached hereto as Exhibit A. Baldi & Associates has served as counsel for Trustee at all times since its retention.

6. The professional qualifications and experience of the Baldi & Associates attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Joseph A. Baldi -- Partner
> Donna B. Wallace – Associate
> Elizabeth C. Berg -- Associate/Paralegal[1]
> Ricki Podorovsky—Paralegal

**Prior Compensation Received**

7. This is the first and final application ("Application") for allowance and payment of compensation that Baldi & Associates will file in this case.

---

[1] Ms. Berg is both a licensed attorney at law and a certified and duly trained paralegal. She has performed services on behalf of Trustee in this case in both capacities. As previously disclosed in the Trustee's application to employ Baldi & Associates, Ms. Berg billed for her services as an attorney at the rate of $250.00/hour and at $160.00/hour for paralegal services for the period before March 15, 2009 (and at the rates of $275.00/hour and at $190.00/hour for paralegal services for the period since March 15, 2009). Ms. Berg maintains separate timekeeper numbers in order to distinguish her dual capacities and to bill her services at the appropriate rate.

**Services Rendered by Baldi & Associates**

8.  Itemized and detailed descriptions of the specific services rendered by Baldi & Associates to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal.

9.  The services provided by Baldi & Associates included, but were not limited to, Baldi & Associates met with the Trustee regarding issues relative to the Settlement; Baldi & Associates communicated with CDI and Talbot regarding compliance with the terms of the Settlement; Baldi & Associates oversaw and undertook to effectuate the terms of the Settlement; Baldi & Associates advised the Trustee as to his duties under the Bankruptcy Code and with respect to the filing of the Trustee's Final Report; and Baldi & Associates also prepared this final fee application for inclusion in Trustee's final report.

In connection with the foregoing, Baldi & Associates spent 4.50 hours with a total value of $807.00.

**Compensation Requested**

10.  Baldi & Associates has expended a total of 4.50 hours for the services described in paragraph nine above. The total value for those services is $807.00. Joseph A. Baldi & Associates voluntarily has agreed to reduce its request for fees for services performed to a total of $750.00.

11.  All of the services performed by Baldi & Associates were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Baldi & Associates at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services

3

performed, all of Baldi & Associates' services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by Baldi & Associates for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12. The rates charged by the attorneys and paralegals of Baldi & Associates in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

## Payment of Compensation

13. Baldi & Associates has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Baldi & Associates for services rendered to the Trustee in connection with this case.

14. Baldi & Associates has not previously received or been promised any payments for services rendered in this case.

15. The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

## Status of the Case

17. The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

19. Trustee has completed and filed his Final Report simultaneously herewith.

4

Final fee applications for the Trustee and the Trustee's general counsel have also been filed concurrently with this Application.

## Trustee's Approval

20.   Baldi & Associates certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi & Associates, attorneys for Jay A. Steinberg, as trustee, requests the entry of an order allowing to Baldi & Associates final compensation t of $750.00 for actual and necessary professional services rendered to the Trustee from December 22, 2008 through the closing of this case and for such other and further relief as this Court deems appropriate.

Dated:  March 26, 2009                    Joseph A. Baldi & Associates, P.C.

Attorneys for Jay A. Steinberg, as trustee of the estate of James Louis & Betty Lou Harris, Debtors

By:_____/s/ Joseph A. Baldi_____

Joseph A. Baldi/Atty ID 00100145
Elizabeth C. Berg/Atty ID 6200886
19 South LaSalle St.   Suite 1500
Chicago  IL  60603
312.726.8150

**Order of Retention**

**Exhibit A**

Case 04-13886 Doc 89 Filed 02/05/09 Entered 02/06/09 10:03:15 Desc Main
Case 04-13886 Doc 96 Filed 04/07/09 Entered 04/07/09 11:56:49 Desc Main
Document Page 7 of 14

04-13886:88.1:Application to Employ:Proposed Order Entered: 1/28/2009 3:41:10 PM by:Elizabeth Berg Page 1 of 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 04-13886 |
| James Louis and Betty Lou Harris, | ) | Hon. John H. Squires |
| | ) | Hearing Date: February 5, 2009 |
| Debtors. | ) | Time: 9:30 a.m. |

### Order Authorizing Trustee to Employ Special Counsel

THIS CAUSE COMING ON TO BE HEARD upon the application of Trustee to employ Elizabeth Berg and the law firm of Joseph A. Baldi & Associates, P.C. as special counsel on behalf of this Estate and the Affidavit of Joseph A. Baldi in support thereof, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Jay A. Steinberg, as trustee of the estate of James Louis and Betty Lou Harris, debtors, is authorized to employ Elizabeth Berg and Joseph A. Baldi & Associates, P. C. as his special counsel in this case, on the terms and conditions set forth in the application, with compensation to be paid in such amounts as may be allowed by this Court upon proper application therefore.

Dated: February 5, 2009

ENTER:

_____
The Honorable John H. Squires
United States Bankruptcy Judge

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg,
Attorney ID No. 6200886
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street  Suite 1500
Chicago, IL  60603
(312) 726-8150

**Professional Qualifications**

**Exhibit B**

## Baldi & Associates

<u>Elizabeth C. Berg</u>

Elizabeth C. Berg is an Associate of the firm and her expertise is in representing bankruptcy trustees and creditors in both chapter 7 and chapter 11 bankruptcies. Mrs. Berg has represented and worked with Mr. Baldi since his appointment to the panel of private trustees in 1988. Mrs. Berg also has experience representing lenders, borrowers and receivers in commercial foreclosure actions.

Prior to her graduation from law school in 1989, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending and bankruptcy.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Illinois State Bar Association.

Mrs. Berg received her Juris Doctor from Loyola University School of Law where she was the recipient of the Lawyers Cooperative Publishing Company's American Jurisprudence Award for Excellent Achievement in the Study of Bankruptcy. She received her certification as a paralegal from Roosevelt University in Chicago, Illinois and received her Bachelor of Arts degree from Brown University in French Language and Culture.

In addition to practicing law, Mrs. Berg has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.

Case 04-13886   Doc 96   Filed 04/07/09   Entered 04/07/09 11:56:49   Desc Main
Document   Page 10 of 14

Baldi & Associates
Final Fee Application

James Louis & Betty Lou Harris
Case No. 04-13886

**Billing Statements**

Exhibit C

Joseph A. Baldi & Associates, P.C.
19 S. LaSalle Street
Suite 1500
Chicago, IL 60603

**Phone:** (312) 726-8150
**Fax:**   (312) 726-5067

**FEIN:** 36-4352753

**Invoice submitted to:**

Jay Steinberg, Trustee
Jay Steinberg, Trustee
35 E. Wacker
Suite 1550
Chicago, IL 60601

March 18, 2009
Invoice No:   1227

**In Reference to:**   *Steinberg - Harris*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 12/22/2008 | ECB | Meet with Trustee and discuss case history, requirements to effectuate settlement and case closing (.4) Process and deposit settlement check (.1) Review Correspondence from Rick Golding re same (.1) Review corres from Hoogendorn re payment of claim (.1) | 0.60<br>$250.00/ hr | $150.00 |
| 1/21/2009 | RKP | Draft Motion to Employ Special Counsel, including notice of motion, Rule 2014 affidavit and proposed order. | 1.20<br>$150.00/ hr | $180.00 |
| 1/28/2009 | ECB1 | Review docket and edit motion to hire | 0.20<br>$160.00/ hr | $32.00 |
| 1/29/2009 | ECB1 | Letter to Talbot firm re payment of allowed claim per settlement agreement (.2); review correspondence from L. Karlin re: CDI settlement (.3); phone conversation with Karlin re: same and status of case (.3). | 0.80<br>$160.00/ hr | $128.00 |
| 2/05/2009 | ECB1 | Present motion to hire | 0.20<br>$160.00/ hr | $32.00 |
| 3/16/2009 | ECB1 | Corres to Mr. Boonstra re replacement check for payment of claim per order | 0.10<br>$190.00/ hr | $19.00 |
| 3/18/2009 | RKP | Review bankruptcy schedules, docket, claims register and verify complete and proper administration of all assets and compliance with terms of orders (.3); prepare B&A Final Fee Application, order, coversheet, affidavit (1.0); memo to Trustee re: additional administrative issues (.1). | 1.40<br>$190.00/ hr | $266.00 |
| | | Total Hours | 9.20 | |
| | | Total Fees | | $807.00 |

**Joseph A. Baldi & Associates, P. C.**

3/18/2009

Steinberg - Harris

Page    2

| | |
|---|---:|
| Total New Charges | $807.00 |
| Previous Balance | $0.00 |
| Balance Due | $807.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.60 | $250.00 |
| Elizabeth (1) C Berg | 1.20 | $160.00 |
| Elizabeth (1) C Berg | 0.10 | $190.00 |
| Ricki K Podorovsky | 1.20 | $150.00 |
| Ricki K Podorovsky | 1.40 | $190.00 |

Rule 2016 Affidavit

Exhibit D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 04-13886 |
| JAMES LOUIS & BETTY LOU HARRIS, | ) | Hon. John H. Squires |
| | ) | |
| Debtors. | ) | |

### Rule 2016 Affidavit

State of Illinois )
County of Cook  )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the principal of Joseph A. Baldi & Associates and am authorized to execute this affidavit on behalf of Joseph A. Baldi & Associates.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi & Associates, Special Counsel for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Joseph A. Baldi & Associates has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4. Joseph A. Baldi & Associates has not previously received payment of any compensation for services rendered in connection with this case. Joseph A. Baldi & Associates has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Joseph A. Baldi & Associates. As set forth in paragraph 10 of the Application, Joseph A. Baldi & Associates voluntarily has agreed to reduce its fee request to $750.00.

5. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
On ~~March~~ 7th, 2009
April

_____
Notary Public

OFFICIAL SEAL
ANGELA C MASON
Notary Public - State of Illinois
My Commission Expires Jan 2, 2012

Exhibit D