UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| JAMES LOUIS & BETTY LOU HARRIS, ) | | Case No. 04-13886-JHS |
| ) | | |
| Debtors. ) | | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U. S. Bankruptcy Court, 219 S. Dearborn St., Courtroom 680, Chicago, IL

    On: **May 12, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $26,750.25 |
    | Disbursements | $12,777.43 |
    | Net Cash Available for Distribution | $13,972.92 |

4. Applications for Chapter 7 fees and administrative expenses have been incurred and requested, in voluntarily reduced amounts; on the following chart--(no amounts have been paid previously on account of administrative claims):

| Applicant | Actual Fees Incurred | Reduced Fees Now Requested | Actual Expenses |
|---|---:|---:|---:|
| JAY STEINBERG, TRUSTEE<br>*Trustee Compensation* | $3,425.00 | $3,000.00 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, INC.<br>*Special Counsel for Trustee* | $807.00 | $750.00 | $0.00 |
| SCOTT & KRAUS, LLC<br>*Attorney for Trustee* | $32,274.50 | $9,022.00 | $1,200.72 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $1,849,881.00 have been allowed and final distributions have been made pursuant to Court order.  The general unsecured dividend was .6892% and no further distributions to the claimants will be made.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim |
|---|---|---|
| 000001 | Computer Documents, Inc. ("CDI") | $1,848,881.00 |
| 000002 | Hoogendoorn & Talbot LLP | $1,000.00 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the U.S. Bankruptcy Court, No. District of Illinois, Eastern Div., 219 S. Dearborn Street, 7th Floor, Chicago   IL  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated:  **April 13, 2009**                                    For the Court,

By:  **KENNETH S. GARDNER**
Clerk of the U.S. Bankruptcy Court
No. District of Illinois, Eastern Div.
219 S. Dearborn Street
7th Floor
Chicago   IL  60604

Trustee:     Jay A. Steinberg, Trustee
Address:    35 East Wacker
            Suite 1550
            Chicago, IL  60601-0000
Phone No.:  (312) 832-4703