UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| JAMES LOUIS & BETTY LOU HARRIS, ) | Case No. 04-13886-JHS | |
| ) | | |
| Debtors. ) | Hon. JOHN H. SQUIRES | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U. S. Bankruptcy Court, 219 S. Dearborn St., Courtroom 680, Chicago, IL

    On: **May 12, 2009**         Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $26,750.25 |
    | Disbursements | $12,777.43 |
    | Net Cash Available for Distribution | $13,972.92 |

4. Applications for Chapter 7 fees and administrative expenses have been incurred and requested, in voluntarily reduced amounts; on the following chart--(no amounts have been paid previously on account of administrative claims):

| Applicant | Actual Fees Incurred | Reduced Fees Now Requested | Actual Expenses |
|---|---|---|---|
| JAY STEINBERG, TRUSTEE<br>*Trustee Compensation* | $3,425.00 | $3,000.00 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, INC.<br>*Special Counsel for Trustee* | $807.00 | $750.00 | $0.00 |
| SCOTT & KRAUS, LLC<br>*Attorney for Trustee* | $32,274.50 | $9,022.00 | $1,200.72 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: NONE

7.  Claims of general unsecured creditors totaling $1,849,881.00 have been allowed and final distributions have been made pursuant to Court order.  The general unsecured dividend was .6892% and no further distributions to the claimants will be made.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim |
|---|---|---|
| 000001 | Computer Documents, Inc. ("CDI") | $1,848,881.00 |
| 000002 | Hoogendoorn & Talbot LLP | $1,000.00 |

8.  Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the U.S. Bankruptcy Court, No. District of Illinois, Eastern Div., 219 S. Dearborn Street, 7th Floor, Chicago   IL  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **April 13, 2009**                                                     For the Court,

By:  **KENNETH S. GARDNER**
Clerk of the U.S. Bankruptcy Court
No. District of Illinois, Eastern Div.
219 S. Dearborn Street
7th Floor
Chicago   IL  60604

Trustee: Jay A. Steinberg, Trustee
Address: 35 East Wacker
Suite 1550
Chicago, IL  60601-0000
Phone No.: (312) 832-4703

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: Apr 13, 2009
Case: 04-13886                Form ID: pdf002             Total Served: 17
```

The following entities were served by first class mail on Apr 15, 2009.
```
db/jdb        +James Louis Harris,   Betty Lou Harris,   3016 East Enos Avenue,   Springfield, IL 62702-6014
aty           +David E Cohen,   55 West Monroe Street,   Suite 600,   Chicago, IL 60603-5091
aty           +Elizabeth C Berg,   Joseph A. Baldi & Associates,   19 S Lasalle Street, , Suite 1500,
               Chicago, IL 60603-1413
aty           +James M McArdle,   Scott & Kraus, LLC,   150 South Wacker Drive,   Suite 2900,
               Chicago, IL 60606-4206
aty           +Richard N Golding,   Law Offices of Richard N Golding PC,   The Boyce Building,
               500 North Dearborn St-Second Floor,   Chicago, IL 60654-3300
tr            +Jay A Steinberg, ESQ,   35 E. Wacker Drive, Suite 1550,   Chicago, IL 60601-2124
7964629       +CDI Network, Inc.,   c/o Larry Kwiat, Reg. Agent,   2015 S. Arlington Heights Rd.,   #122,
               Arlington Heights, IL 60005-4150
7964630       +CDI Network, Inc.,   c/o Abrams & Abrams, P.C.,   75 E. Wacker Dr.,   #320,
               Chicago, IL 60601-3740
7964627        Capital One,   P.O. Box 85015,   Richmond, VA 23285-5015
7964628        Capital One Services,   P.O. Box 85015,   Richmond, VA 23285-5015
7964631        Chase Visa,   P.O. Box 52108,   Phoenix, AZ 85072-2108
7964633       +Computer Documents, Inc.,   c/o Abrams & Abrams, P.C.,   75 E. Wacker DR.,   #320,
               Chicago, IL 60601-3740
7964632       +Computer Documents, Inc.,   Larry T. Kwiat, Reg. Agent,   2015 S. Arlington Heights Rd.,   #122,
               Arlington Heights, IL 60005-4150
9550352       +Computer Documents, Inc. and CDI Network, Inc.,   c/o Richard N. Golding,   Weinberg Richmond LLP,
               333 West Wacker Drive, Suite 1800,   Chicago, IL 60606-1288
7964634       +Harris Bank,   3800 Golf Rd.,   Suite 300,   P.O. Box 5038,   Rolling Meadows, IL 60008-5038
7964635       +Harris Bank CLC,   Service Dept. D,   3800 Golf Rd. - Suite 300,   P.O. Box 5043,
               Rolling Meadows, IL 60008-5043
7964636       +Hoogendoorn & Talbot LLP,   122 S. Michigan Ave.,   Suite 1220,   Chicago, IL 60603-6263
```

The following entities were served by electronic transmission.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2009**                          **Signature:** *Joseph Speetjens*