**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 04-13886 |
| HARRIS, JAMES LOUIS | § | |
| HARRIS, BETTY LOU | § | |
| Debtor(s) | § | |
| | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JAY A. STEINBERG, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 1,200.00 |
| Total Distributions to Claimants: 12,750.00 | Claims Discharged Without Payment: 3,460,693.21 |
| Total Expenses of Administration: 14,000.35 | |

3) Total gross receipts of $ 26,750.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 26,750.35 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 101,520.37 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 38,935.15 | 14,000.35 | 14,000.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,266,688.19 | 1,885,935.08 | 1,849,881.00 | 12,750.00 |
| **TOTAL DISBURSEMENTS** | $ 3,368,208.56 | $ 1,924,870.23 | $ 1,863,881.35 | $ 26,750.35 |

4) This case was originally filed under chapter 7 on 04/08/2004 . The case was pending for 64 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/29/2009 By:/s/JAY A. STEINBERG, TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference/Fraudulent Transfer Litigation | 1241-000 | 26,750.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.35 |
| **TOTAL GROSS RECEIPTS** | | $ 26,750.35 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Harris Bank | | 14,466.29 | NA | NA | 0.00 |
| Harris Bank CLC | | 37,054.08 | NA | NA | 0.00 |
| Hoogendoorn & Talbort | | 50,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | $ 101,520.37 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAY STEINBERG, TRUSTEE | 2100-000 | NA | 3,425.00 | 3,000.00 | 3,000.00 |
| INTL SURETIES | 2300-000 | NA | 27.43 | 27.43 | 27.43 |
| BALDI & ASSOCIATES | 3210-000 | NA | 807.00 | 750.00 | 750.00 |
| SCOTT & KRAUS, LLC | 3210-000 | NA | 33,475.00 | 9,022.20 | 9,022.20 |
| SCOTT & KRAUS | 3220-000 | NA | 1,200.72 | 1,200.72 | 1,200.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 38,935.15 | $ 14,000.35 | $ 14,000.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| CDI Network | | 1,606,071.90 | NA | NA | 0.00 |
| Capital One | | 791.11 | NA | NA | 0.00 |
| Capital One Services | | 16,544.95 | NA | NA | 0.00 |
| Chase Visa | | 154.25 | NA | NA | 0.00 |
| COMPUTER DOCUMENTS, INC. AND CDI NE | 7100-000 | 1,606,071.90 | 1,848,881.00 | 1,848,881.00 | 11,750.00 |
| HOOGENDOORN & TALBOT LLP | 7200-000 | 37,054.08 | 37,054.08 | 1,000.00 | 1,000.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ 3,266,688.19 | $ 1,885,935.08 | $ 1,849,881.00 | $ 12,750.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 04-13886 JHS Judge: JOHN H. SQUIRES
Case Name: HARRIS, JAMES LOUIS
HARRIS, BETTY LOU
For Period Ending: 06/22/09

Trustee Name: JAY A. STEINBERG, TRUSTEE
Date Filed (f) or Converted (c): 04/08/04 (f)
341(a) Meeting Date: 05/21/04
Claims Bar Date: 02/06/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FRAUDULENT CONVEYANCES (u) | 0.00 | 0.00 | | 26,750.00 | FA |
| 2. RESIDENCE<br>849 South Halifax Court, Schaumburg, Illinois<br>(subject to Constructive Trust Order in Case # 02 CH 10436) | 418,000.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING, SAVINGS OR OTHER FINANCIA<br>Charter One Bank | 371.81 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 0.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS/COLLECTIBLES<br>Pocket watch collection | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7. FURS AND JEWELRY<br>2 wedding rings, wrist watches, costume jewelry | 0.00 | 0.00 | | 0.00 | FA |
| 8. INSURANCE POLICIES<br>$10,000 life/burial insurance policy | 2,839.00 | 0.00 | | 0.00 | FA |
| 9. RETIREMENT PLANS<br>Aquion Partners 401k Plan ($2,506.45)<br>Metlife Pension ($1,130.40 per month for life) | 2,506.45 | 0.00 | | 0.00 | FA |
| 10. VEHICLES<br>1/2 interest in 1998 Ford Escort | 4,500.00 | 0.00 | | 0.00 | FA |
| 11. VEHICLES<br>2000 Mercury Grand Marquis | 7,900.00 | 0.00 | | 0.00 | FA |
| 12. OTHER MISCELLANEOUS<br>Christmas items, old tires, used water treatment equipment and parts; plumbing parts; suitcases; metal desk and chair, other misc. items; tools | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.35 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 04-13886 JHS Judge: JOHN H. SQUIRES

Case Name: HARRIS, JAMES LOUIS
HARRIS, BETTY LOU

Trustee Name: JAY A. STEINBERG, TRUSTEE
Date Filed (f) or Converted (c): 04/08/04 (f)
341(a) Meeting Date: 05/21/04
Claims Bar Date: 02/06/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $437,617.26 | $0.00 | | $26,750.35 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold right, title & interest in possible fraudulent conveyances of real and personal property located at 1953 South Marsh Road in Chana, Illinois. Trustee auctioned his right, title & interest in the potential causes of action to the highest bidder for an amount of $26,570.00. Two claims filed: Unsecured claims of Bidder at auction and law firm. Case determined administratively insolvent. TR negotiated settlement with bidder to pay estate $15,000 to pay administrative claims and allowed claim of law firm. Settlement proceeds received, law firm paid in early 2009. Will file final report, pay out balance of allowed administrative claims pro rata and close case.

Initial Projected Date of Final Report (TFR): 04/30/05 Current Projected Date of Final Report (TFR): 06/30/09

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-13886 -JHS
Case Name: HARRIS, JAMES LOUIS
HARRIS, BETTY LOU
Taxpayer ID No: *******4695
For Period Ending: 06/22/09

Trustee Name: JAY A. STEINBERG, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2294 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/22/08 | 1 | CDI Network, Inc. | Sale of Fraud. Conveyance Action | | 15,000.00 | | 15,000.00 |
| | | CDI NETWORK, INC. | Memo Amount: 26,750.00 | 1241-000 | | | |
| | | | Sale of Fraud. Conveyance Action | | | | |
| | | CDI NETWORK, INC. | Memo Amount: ( 11,750.00 ) | 7100-000 | | | |
| | | | Retained for Unsecured Claim #1 | | | | |
| | | | -- Per Court Order 8/18/05 | | | | |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 15,000.02 |
| 01/20/09 | | Transfer to Acct #*******2304 | Payment of Allowed Unsecured Claim | 9999-000 | | 1,000.00 | 14,000.02 |
| | | | Transfer Funds to pay Hoogendoorn & Talbot claim | | | | |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,000.14 |
| 02/17/09 | 000301 | International Sureties, Ltd. | 2009 Blanket Bond Premium | 2300-000 | | 27.43 | 13,972.71 |
| | | 701 Poydras Street #420 | Bond No. 016260455 | | | | |
| | | New Orleans LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,972.82 |
| 03/25/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 13,972.92 |
| 03/25/09 | | Transfer to Acct #*******2304 | Final Posting Transfer | 9999-000 | | 13,972.92 | 0.00 |
| | | | Transfer fund for Final Distribution and to close out case. ecb March 25, 2009, 04:21 pm | | | | |

| | |
|---|---|
| Memo Allocation Receipts: | 26,750.00 |
| Memo Allocation Disbursements: | 11,750.00 |
| Memo Allocation Net: | 15,000.00 |

Account *******2294

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 1 | Deposits | 15,000.00 | | 1 | Checks | 27.43 |
| 4 | Interest Postings | 0.35 | | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 14,972.92 |
| | Subtotal | $ 15,000.35 | | | | |
| | | | | | Total | $ 15,000.35 |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $ 15,000.35 | | | | |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-13886 -JHS
Case Name: HARRIS, JAMES LOUIS
HARRIS, BETTY LOU
Taxpayer ID No: *******4695
For Period Ending: 06/22/09

Trustee Name: JAY A. STEINBERG, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2304 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/09 | | Transfer from Acct #*******2294 | Payment of Allowed Unsecured Claim<br>Transfer Funds to pay Hoogendoorn & Talbot claim | 9999-000 | 1,000.00 | | 1,000.00 |
| * 01/20/09 | 003001 | Hoogendoorn & Talbot LLP<br>122 S. Michigan Ave.<br>Suite 1220<br>Chicago, IL 60603-6107 | Payment of Claim No. 2<br>Allowed per ct order dtd 8-18-08 | 7200-004 | | 1,000.00 | 0.00 |
| * 03/12/09 | 003001 | Hoogendoorn & Talbot LLP<br>122 S. Michigan Ave.<br>Suite 1220<br>Chicago, IL 60603-6107 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7200-004 | | -1,000.00 | 1,000.00 |
| 03/16/09 | 003002 | Hoogendoorn & Talbot LLP<br>122 S. Michigan Ave.<br>Suite 1220<br>Chicago, IL 60603-6107 | Payment of Claim No. 2<br>Allowed per ct order dtd 8-18-08 | 7200-000 | | 1,000.00 | 0.00 |
| 03/25/09 | | Transfer from Acct #*******2294 | Transfer In From MMA Account<br>Transfer fund for Final Distribution and to close out case. ecb March 25, 2009, 04:21 pm | 9999-000 | 13,972.92 | | 13,972.92 |
| 05/13/09 | 003003 | JAY A. STEINBERG, TRUSTEE<br>5 E. Wacker Drive<br>Suite 1550<br>Chicago IL 60601 | Final TR Compensation<br>Per Court Order dtd May 12, 2009 | 2100-000 | | 3,000.00 | 10,972.92 |
| 05/13/09 | 003004 | SCOTT & KRAUS<br>150 SOUTH WACKER DRIVE<br>SUITE 2900<br>CHICAGO, IL 60610 | Final Expense Reimbursement<br>Per Court Order dtd May 12, 2009 | 3220-000 | | 1,200.72 | 9,772.20 |
| 05/13/09 | 003005 | Joseph A. Baldi & Associates<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Final Attorney Compensation<br>Per Court Order dtd May 12, 2009 | 3210-000 | | 750.00 | 9,022.20 |
| 05/13/09 | 003006 | Scott & Kraus, LLC<br>150 S. Wacker Dr. | Final Attorney Compensation<br>Per Court Order dtd May 12, 2009 | 3210-000 | | 9,022.20 | 0.00 |

FORM 2

Page: 3

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-13886 -JHS
Case Name: HARRIS, JAMES LOUIS
HARRIS, BETTY LOU
Taxpayer ID No: *******4695
For Period Ending: 06/22/09

Trustee Name: JAY A. STEINBERG, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2304 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 2900<br>Chicago, IL 60610 | | | | | |

Account *******2304

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 7 | Checks | 14,972.92 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 14,972.92 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 14,972.92 | | | |
| | Total | $ 14,972.92 | | | |

Memo Allocation Receipts: 0.00
Memo Allocation Disbursements: 0.00

Memo Allocation Net: 0.00

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 15,000.00 | 8 | Checks | 15,000.35 |
| 4 | Interest Postings | 0.35 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 14,972.92 |
| | Subtotal | $ 15,000.35 | | | |
| | | | | Total | $ 29,973.27 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 14,972.92 | | | |
| | Total | $ 29,973.27 | | Net Total Balance | $ 0.00 |

Total Allocation Receipts: 26,750.00
Total Allocation Disbursements: 11,750.00

Total Memo Allocation Net: 15,000.00